FILED
2023 NOV -6 AM 11:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

Attachment 1 – Civil Complaint

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### _____ DIVISION

Samuel Biar Pech
(Enter your full name)
Plaintiff(s)

CASE NUMBER: 1:23CV01350
(Supplied by Clerk's Office)

Central Intelligence Agency (CIA)
(Enter full name of each Defendant)
Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Signature
Name (Typed or Printed) Samuel Biar Pech
Address 400 W. Anderson ln, APT #111
Telephone Number 512-993-1218

27

Rev. Ed. October 26, 2017