Samuel Biar Pech
400 W Anderson lane Apt 7111
Austin, TX 78752
Email: biarpech@gmail.com
Phone: 512-993-1218

Date: 9/28/2023.

Supreme Court of the United States
1 First Street, NE, Washington DC
20543

Dear Sir,

## RE: PRAYING FOR JUSTICE AGAINST CENTRAL INTELLIGENCE AGENCY CRIMES THEY SET AGAINST MY LIFE

Greetings to you all in the name of our Lord and Savior Jesus Christ.

I am praying to United States High Court authorities to consider a legal action against the Central Intelligence Agency (CIA) crime that they are using against me for over 20 years to ruined my life with it.
The CIA is watching and controlling every step of my movement in life with taunts, threats and denial in every opportunity through the members of the public.

The initial problem started with my studies at the university in Nairobi, Kenya in 2003. The original enemy to my community ( Bor) was not happy with the higher education that I was pursuing. So the enemy decided to get rid of my life secretly in Kenya. God protected me from all the enemy attempts in trying to kill me. At what point then could CIA stepped in to continue supporting this atrocious act against my life?

However, the CIA is ridiculously using the powers and the trust restored on them by American people to block any authority who would consider to intervene to help me out. No response from various authorities I requested for help with the attached letters. I requested some of the legal team members to help represent me in the court of law but none of them accepted. I walked in to the courthouse in Austin, Texas. No help.

I decided visiting the Central Intelligence Agency (CIA) Headquarters in Washington DC on 8/10/2023 with hope that the CIA authorities would finally consider to resolve the problem. Unfortunately, I was faced with many police at the entrance and more police sent in from outside the property. I was surrounded by police while seated down and gave me one option. To either leave the Federal property or I can be arrested after I had shown them the attached letter that I would want to summit to CIA for help. The police however insisted with the same question that I should leave or get arrested and they put the gloves on their hands in order to take an action.

I therefore chose to be arrested.

At last they changed their mind and asked me to give them the letter with the promise that they are going to forward it to the authorities. The police served me with the attached warning note slip. But there's no response from CIA and the harassment never change. So I am scared to go back to CIA offices for follow up because I might be risking even my life.

CIA is still on surveillance all the time whether I am at home or outside in the public areas while continuing warming the members of the public to keep an eye on me. So my crime is gone very far into American society like the Christ's crime reaching out swiftly to the people of Jerusalem when He was arrested and crucified immediately. The present society is however left without a choice but to continue watching me being mistreated in their midst.

Therefore, the Nine Judges who sit on the Supreme Court of the United States of America are there to bring justice to all in preserving the human dignity.  So I appeal for justice against CIA.

Yours sincerely

Samuel Biar Pech

**Warning Notice**

| Warning No. W 145581 | Print Officer Name S. Robinson |
| | Officer No. 745 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense 8/10/22 +0 0743 | Offense Charged 32 CFR 1903 7(A) |
| Place of Offense VCC | |

Offense Description

Entering and remaining on federal property.

| Defendant's Last Name Peach | First Name Samuel | M. I. B |
| Street Address 400 W Anderson LN Apt 7111 | | |

| City Austin | State TX | Zip Code 7832 | Date of Birth 3/10/76 |

| Driver's License No. 48161352 | D.L. State TX | Social Security No. |

| Sex ☐ Male ☐ Female | Hair BLD | Eyes BRO | Height 65 | Weight |

**THE C.I.A.
CARES ABOUT YOU!
PLEASE DRIVE CAREFULLY
AND OBEY THE LAW.**

## VEHICLE DESCRIPTION

Vehicle Identification Number (VIN)

| Vehicle Tag No. | Vehicle Tag State | Vehicle Color |
| Year | Vehicle Make | Collateral (fine) |

Form 7/10 **4480W**

DEFENDANT

Samuel Biar Pech
400 W. Anderson lane, apt 7111
Austin, Texas 78752
Email: biarpech@gmail.com
Phone: 512-993-1218
Date: 8/7/2023.

Central Intelligence Agency
Office of Public Affairs
Washington, D.C. 20505

Dear Sir/Madam

RE:  PRAYING FOR SOLUTIONS!

Greetings in the name of our Savior Jesus Christ!

I am praying to the Central Intelligence Agency (CIA) authorities to consider looking into the concealed agenda used in bounding my life such that I am nobody as it was exactly planned by my original enemy.
CIA, I have lost my future  because the 20 years of troubles you bound me into it is somebody life time.

CIA have been stalking me endlessly with taunts and threats by subjecting me under a full investigation as they also continue influencing every member of the public to watch out on me. What is it that the CIA is investigating about me?

The situation did caused me to live with fear and psychological distress. Because the CIA have been monitoring every step of my life in order to control me from doing anything good for myself such that I die internally slowly with stresses.

 CIA subjected me on the surveillance activities that encouraged the entire population to believe that I am really a person in question.
That has further gave the haters an opportunity to continue acting freely in interfering with my life in every corner.

As a result I continue facing relentless discrimination, exclusion, isolation, judged and being categorized by everyone around me. My emotions were always burning up  in the public areas because of mockery assaults.
For sure I am still confused to understand where did I go wrong with CIA or any other white person that caused them to make a decisions of punishing me to live in a humiliated situation.

Since my original problem was from the community ( Bor ) main enemy. And I happened to be their target as a member of Bor community at a time because of the university studies that I was

already taking. And the enemy planned on my community is to kill the targeted members of this community in order to destroy and ruins the entire community to disappearance.
Then how is the CIA connected to this enemy in supporting their atrocious act to this extent?

However, CIA can always have a specific issue with me if they wanted because I am also a human being living on earth. But it is completely ridiculous for CIA to take an advantage of the troubles that I was going through with the enemy. And CIA just chose to ruin my life when they are not sure of the reason that I was being hunted down by the enemy. CIA did confused me and the entire world by using the enemy false information to ruined me instead of saving my life as an agency protecting humanity on earth.

Therefore, I have come again all the way from the state of Texas to Virginia for 3rd time in seeking for solution. Here I am at CIA offices!

In addition , I have attached letters that I have been seeking help from various authorities against the deadly decisions CIA made 20 years.

For that reason, I pray to the Central Intelligence Agency authorities to consider looking into this matter and resolve it.

Regards

Samuel Biar Pech

**Samuel Biar Pech**

**400 W. Anderson lane, Apt 7111**

**Austin, TX 78752**

**biarpech@gmail.com        512-993-1218**

**Date: 9/14/2023.**

The US Department of States

Austin, Texas office. USA

Dear Sir/Mum

### RE: APPEAL FOR HELP FROM THE HANDS OF CENTRAL INTELLIGENCE AGENCY (CIA)

Greetings in the name of our Lord and Savior Jesus Christ.

I appeal to US department of States authorities to help me out of the CIA victimization that they are carrying out on me in the name of crime investigation.

It is unbelievable that the CIA can work on individual case for over 20 years while controlling someone life. No! This is an organized slavery to ruin a person's life and future. No matter how huge and complicated the problem is.  The investigation doesn't have to go on for such a longer time even if it is a crime committed against America. The case has to be brought to the court of law and the criminal gets convicted. Therefore, the CIA is not realistic in handling this matter. when will they bring it to an end?

However, the intelligent group is no longer able to establish the facts about this case for them to reach the conclusion. I therefore called for the US Department of States to intervene and resolve the matter. The attachment documents are for my attempts in seeking for solution from various authorities including the CIA.

I look forward to hearing from your office soon.

Yours Sincerely

Samuel Biar Pech

**Mail body:**

11709 Selkirk Dr
Austin, TX 78754.
Phone: 512-993-1218
Email: biarpech@gmail.com

Date: 12/25/2022.

The public Service
in the office of the President.
The White House
1600 Pennsylvania Ave.
Washington, DC 2050.


Dear Sir,

SUBJECT: REQUEST FOR HELP.

I appeal for help in reference to copy of the document attached dated 10/04/2022.

The Central Intelligence Agency (CIA) is torturing me psychologically because they are bullying me through the members of the public.
And the evidence of the CIA action plan against my life is shown in the attached letter with the USCIS address. CIA was intended to confuse me
with this document such that I may mess up with my life.

USCIS never write a document that has no it date and the official stamp and full of such hatred.
I received this document in Kenya at Kakuma refugee camp in the year 2020 through UNHCR.
What crime did I commit against CIA or America or any other person? That the CIA decided to destroy my life.

CIA for sure did turn me into a slave subject for 20 years because a slave is a person who knows his/her right but can't speak it out. And this
situation happened because the Central Intelligence Agency (CIA) used all American powers to enslave me for 20 years.
They blocked me from accessing the humanitarian solution through Amnesty International and UNHCR in Kenya.

I am in fear, CIA is surely intended to destroy my life since they are still subjecting me into a stressful situation in the States.

I therefore appeal to your authority to consider looking into my situation to resolve this problem. Such that I can acquire freedom and liberty in
order to accomplish things that I have been lacking in improving my life.

I am looking forward to hearing from your authority soon.

Yours Sincerely.

Samuel Biar Pech

**Samuel Biar Pech**
11709 Selkirk Dr
Austin, TX 78754
Phone: 512-993-1218
Email: biarpech@gmail.com

Date: 10/4/2022.

To: The public Service in the
Office of the President.
The White House
1600 Pennsylvania Ave
Washington, DC 2050

## Dear Sir/Madam,

## RE:  APPEAL FOR HELP AGAINST CENTRAL INTELLIGENCE AGENCY (CIA) SECRETLY DESTROYING MY LIFE.

Greetings to you in the Name of our Lord Jesus Christ!

I appeal to the public Service authority to help look into my Long suffering situation in the hands of CIA. I have been wondering for 20 years now why some white people are featuring in harassment, assaults, humiliation, abuses, denial and more evil actions that I am not able to describe that had totally up into destruction of my life.

My problem started in 2003 at Daystar university in Nairobi.
I found myself in a security threats to the point of death in Nairobi.
So I requested my Sponsors at Grace Episcopal church
123 W. Washington St. Lexington
VA 24450 in 2004, that I would like to move to Uganda for my safety and continue with my studies over there. And the Gadsden committee accepted.

But all was in vein because the security threats turned into harassment that blocked me from joining my studies in Uganda so I had to return back to Kakuma refugee camp in Kenya in 2005.

But the cause of my problem is the main enemy ( late Dr. John Garang de Mabior and his people- Twic community) who are against my community ( Bor ). Twic community have a wider serial killing against Bor people. So I happened to be the victim of Twic people because I had joined the higher education studies. And they don't want every member of Bor community to develop or prosper in any capacity. They have to interfere if they get an opportunity such that the entire community remained vulnerable.

So the Twic community members ( they rebranded themselves as Twic East community to help them unite for one mission) created a crime against me that convinced the National Intelligence Service members (NIS) to kill me. But God was in control of my life.

Therefore, CIA considered the Twic East community lies as true and subjected me into harassment and denial for education, family and separation from my community.

I have been complaining the intelligence system harassment to UNHCR in Kakuma and Amnesty International office in Nairobi and they never intervened.

I was however happy when God opened my way to come to United States of America hoping that all nightmares will remain behind in Africa.  Unfortunately, I am still facing a wider harassment in the states which convinced me that all my problems in Africa was the CIA.
I am now being treated as suspect by the members of the public as it was happening in Africa and I committed no crime. I just am innocent man who have been looking for help and protection..

However, I requested the Central Intelligence Agency for solution with the following two messages.
The ID: ZX76X5V7
        : UATGJYCN
and they didn't respond.

An Attached document was the request for help to the office of the Governor in Texas.

I therefore appeal to your authority to find for me an opportunity to explain myself for the crime the CIA is holding against my life for 20 years.

I look forward to hearing from you soon.

Yours Sincerely.

**Samuel Biar Pech**

**Samuel Biar Pech**
**biarpech@gmail.com**

| | |
|---|---|
| **From:** | Samuel Biar Pech biarpech@gmail.com |
| **Sent:** | Tue, 8 Aug 2023 12:42:09 -0500 |
| **To:** | apl-littlewalnut-bw@printspots.com |
| **Subject:** | Fwd: Document |

_____ Forwarded message _____
From: **Samuel Biar Pech** <biarpech@gmail.com>
Date: Thu, Jun 29, 2023, 1:40 PM
Subject: Document
To: <Casework@cruz.senate.gov>

New address:

400 W. Anderson lane, apt 7111
Austin, TX 78752

Phone number: 512-993-1218

Greetings!

Attachment is one of the documents I have sent to Senator Cruz office.
I have been going through unimaginable humiliation and defamation publicly that I described as hatred
in the three letters that I addressed to the Texas governor's office and the office of the president.

I have been trying for many years to find a solution to the matter that the Central Intelligence Agency is
claiming to I have committed.
CIA never wanted to resolve this problem but they are comfortable with the hate, mockery and isolation
I am facing from the members of the public because they keep influencing people against me in aiming
to harm me psychologically and destress such that I may lose my mind.

I appeal to the Senator's office for a solution to this matter.
I am looking forward to hearing from your authority as soon as you can.

Yours sincerely

Samuel Biar Pech.

**Samuel Biar Pech**

**400 W Anderson Lane apt 1104, Austin, TX 78752**

**PHONE: 512-993-1218**

**Email: biarpech@gmail.com**

**Date: 07/20/2022.**

# Governor's office,

# Austin, Texas.

# United States of America.

**Dear Sir/ Madam,**

## RE: APPEAL FOR HELP FROM THE CENTRAL INTELLIGENCE AGENCY (CIA) SYSTEMIC HARRASSMENT!

Greetings to you all in the name of our Lord Jesus Christ.

I humbly appeal to your authority to help unbound me from the systemic harassment that I have been going through in the hands of the members of the central Intelligence Agency {CIA} for 19 years now.

I got myself into the hands of members of CIA as a result of a set up killing against my life in 2003 by the members of Twic East community.

Twic community have a wider a serial killing mission against BOR community people into ruining. And Twic East community have surely managed because the entire BOR community people have been uprooted from their villages due to several attacks from neighboring communities. They rebranded their name as Twic East community in order to gain a strong unity amongst themselves for this special mission.

And I happened to be a victim at the time because I had joined a higher learning study at the university in Nairobi, Kenya. Twic East community therefore influenced some members of National Intelligence Service (NIS) in Kenya to carry out the deal of getting rid of me but God was in control of my life.

And this was the point whereby the members of the CIA picked up their reason of harassment against me since 2004 to this day. The members of CIA are using the Twic East people setting plan of killing me as true.  And I am just an innocent person who was in need of help and safety. But unfortunately, the CIA extended the Twic East people mission further by reducing my life into vulnerability, assaults, embarrassment, abuse and denial by using the members of the public.  I remained suspect to all people and I have committed no crime. The CIA officials have bound me into uncertainties in life by forcing me to always go through frustrations and stresses of losing jobs every time, they are also misleading all people to lost truth in me and this situation has actually led me into isolation life for years.

I therefore appeal to your office for help in finding for me an opportunity to explain myself for the matter the CIA official are holding against me.

I hope to hear from your office soon.


Yours sincerely

**Samuel Biar Pech.**



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Refugee, Asylum, and International Operations
Directorate (RAIO)*
*Washington, DC 20529-2100*

**U.S. Citizenship
and Immigration
Services**

Date:
RSC Case Number: xx-xxxxxx
Case Member Name(s) / A-Number(s):

PECH , Samuel Biar/212 831 814

### NOTICE OF REFUGEE CASE CLOSURE

## Re: Mr. Samuel

The United States Citizenship and Immigration Services (USCIS) has determined that you do not qualify for access to the United States Refugee Admissions Program under one of the designated processing priorities for the fiscal year and/or you do not have the requisite relationship to an individual who has been designated under such a priority. Therefore, your case is hereby closed and no further action will be taken. This administrative case closure does not preclude the possibility of further consideration of your application for resettlement in the United States or another resettlement country at a later time.

Refugee, Asylum, and International Operations Directorate
U.S. Citizenship and Immigration Services



INFINIX S5 | 32MP
AI QUAD CAMERA

SAMUEL BIAR PECH
KAKUMA 1, ZONE 2, BLOCK 8
Individual Number: 845-00138975
Mobile No. 0769377024
Email:biarayoom@gmail.com

Date: 20/10/2021.

The Amnesty international
Nairobi -Kenya.

Dear Sir/Madam,

## RE: APPEALING FOR HELP FROM YOUR OFFICE AGAINST TWIC COMMUNITY PEOPLE SYSTEMATIC    KILLINGS OF BOR COMMUNITY MEMBERS.

Greetings to you all in the name of Our Lord Jesus Christ.

I humbly appeal for your kind help to save my life from systematic plan that had been set by Twic community people to destroy my life completely just because am a member of Bor community and I didn't do any mistake.

I am a refuge currently living in Kakuma camp having fled from South Sudan in 1992 due to civil wars in the country. The political instability in the country (South Sudan) has escalated into ethnic group profiling. That the civilians in certain localities are targeted by some tribes or groups of gun men to kill civilians and burn down their houses in order to wiped them out from their indigenous homes. Therefore, Bor people were the top target until they are displaced completely from their villages. Such horrible situations did happen after the country gained an independence from Arabs dominant in 2011. Currently, most of the Bor community members are living vulnerably in the internal displaced camps within the country and others in the refuge camps outside the country.

In 2002 I enrolled for Higher Learning Education at Daystar University in Nairobi, but my quest to gain university education sparked jealousy and triggered anger to the enemy ( Twic community) to influenced some members of the National Intelligence Service in Kenya to start tracking me down at the university. Being fearful for my life I moved to Uganda in the year 2004 hoping to find a secure environment for my studies.

While in Uganda the same enemies still continued followed me up and the security personnel in Uganda were at this time monitoring me closely.
In Uganda I felt more insecure and the fact that I was not registered as Refugee in that Country made it very difficult to report the several threats to the Ugandan Security Authorities. My sponsors for the program felt threatened as well and they eventually stopped their sponsorship for studies. I had no choice but to be back to Kakuma Refugee Camp where I am registered.

The Twic people have tortured and killed Bor community members during 23 years of civil war when South Sudanese were struggling for independent under the leadership of Dr. John Garang de Mabior. The finest gentlemen of Bor community have been killed secretly all along during the civil war between South Sudanese in the south of the country and Arabs in the north of Sudan and no one questioned Garang's SPLA/SPLM leadership until he died in 2005.

The secret killing against Bor people was the main agenda for Twic community in order to gain the dominance in Bor region (Jonglei state). Their mission is to rub out the name of " Bor people " on their indigenous land and never be heard again. The remnants of Bor community members who might later on be existing will remain weak and vulnerable forever and further be overwhelmed with inferiority as well.
The Twic people have ever been at cold war against the Bor community people in the state. So I happened to be a victim just because am the member of Bor community for reason to gain a university education.

The Twic community have just rebranded themselves as Twic East community in order to gain a unity amongst themselves and also the support from other Twic community in the West of the River Nile among the other Dinka communities. They have composed many songs that they always sing on social media for praising themselves and the community alike. And also on the Facebook, Twic East members have sang many disgracing songs against the elderly people of Bor community. And no one could find the Singers/Composers of those songs or to identify their whereabouts in the network across the world.

TWIC East community plans are always to target Bor community members individually after they have been selected to be the ones who might be the threats to their community and the entire community started hunting against the individuals unrelentingly down to the grave.

The individuals of Bor community who have been blacklist by the above mentioned enemies never get any chance to prosper in anything like gaining a higher education, doing business, getting a job or even getting married as they are afraid such activities will ensure the continuity of the Bor community. The person of threats to Twic East people is the person who always do the right thing and not happy when people are going the wrong direction. They fear of such people to continue adding some values to members of BOR community.

So they are always on watch out to monitor the Bor community's progress and activities as they use whatever it takes to go against somebody life or destroy anything that is beneficiary to Bor people. That could be either killing a person who is a sole provider/breadwinner for a certain family or interfere with the main source of income for the Bor community family.

Twic East community have a strong network across the world and are also well connected to the current government of South Sudan. They carry out their atrocities,

cold blood murders without any fear of the government or the humanity. They are the main group in South Sudan who coordinate the confusion and also instigate conflicts that are not active between individuals or communities to take place.

The fightings that are ever happening in South Sudan are planned out in order for a country to remained in war with herself such that the group ( Twic East community) can ever have an easy time to continue carrying out their hidden mission in destroying the targeted people without being detected. The frequent fightings across the country also give them more chances to mobilize the attackers from the neighboring communities against Bor people in their areas until they are displaced completely.

Twic East people are in fact against the peace in the country such that they have to accomplish their mission of ruining Bor community to disappearance. This secret mission of killing was set against the members of Bor community by their father, the late Dr. John Garang de Mabior during the liberation struggle. Dr. Garang caused the deaths of Many members of Bor community who were in a higher rank in the SPLA/SPLM.

In addition, Twic East members are the one who are also causing confusion and conflicts in churches within the country and in the diaspora in targeting Bor people to frustrate them in the church system in order to occupy the leadership such that they remain dominant over their victims in All dimensions.

And for the same reason many of Bor community members are secretly coordinated when they are traveling and kill on many highways across the country (South Sudan). Further, the huge number of Bor community members are sufferings in prison cells and the cases against them are more complicated to block them not to find the justice quickly. And for sure many members of Bor community are always disappearing in prison cells and no report of investigation is given.

Twic East community have betrayed Bor people everywhere in the country as bad people. So being a Bor community member is a capital offense being rewarded by death. And this is how my enemies are getting more chances to further subject me into sufferings in the hands of Refugees in the camp.

They must have mentioned a wicked thing against me to influence some security personnel by asking them to cooperate with government of South Sudan but they are a group working for their own interests through the government system. Twic East community think that the government of South Sudan belongs to their father, Dr. John Garang de Mabior, because during the liberation struggle Garang was acting like the owner of the movement but not as a leader.
Further, many people of Bor community have however been losing their lives in the neighboring countries and the government of South Sudan never asked for an explanation leading into the death of a victim

Among the tactics that are also used by the Twic East members to trap and kill the targeted members of Bor community in the foreign countries are as follows. They

influence some authorities that can understand them like those members of National Intelligence Service in Kenya who have conspired to work with them to destroy my life. And also to blocked one from gaining education or any other thing important to someone life. They are preventing me from getting jobs like other refugees in the camp to sustain my life.

They have been misleading many people to be assaulting me in every opportunity secretly with an intention of torturing me psychologically. And even some of my close relatives are also tricked to play the game to frustrate me and they don't know that it is the very enemy that have been secretly killing their love ones in an incidental death is the one behind my troubles.

The Twic East members always fool people to be officials working on the government assignment when they are targeting someone. They are capable to influence anyone and the do not have a fear for the government of South Sudan to maybe question them for such illegal operation. That is the reason I happened to be the top target to many people in the camp as they're looking for an opportunity for me lose my life.

They lie to people that it's the government of South Sudan mission but this security threats started long time before South Sudan is declared as the country. Further, I have never been connected with the government of South Sudan because I have been in a refuge camp since the civil war in Sudan in the year1987 in Ethiopia.  And the government of South Sudan was created in 2011 while am still in the camp to date.

In Kenya am very afraid that my enemies are still using some security agents to bring me down because I have miraculously escaped several death traps in the camp. I recorded the statement with Kenya police in Kakuma and the same explanation of threats to UNHCR several times. And I further reported the refugees frustrating me in the camp to DCI but so far no solution is forthcoming to stop them from coordinating my movement and assaulting me every day in the camp.  I fear of my life is at very high risk and at any time I can be killed if no action is taken faster.

I am very scared because I found myself not being protected in the camp and Kakuma camp was set up for life safety and freedom for whoever escaping prosecution and wars from their country of origin. But am being assaulted all through by other refugees (Twic East community members) who also came here in seeking for safety.

Twic East community have further mobilized the young youths against Bor community young ones by forming several Crews in South Sudan and also in diaspora.  In the countries that they can find freedom to ambush
 and attack any young boy from Bor community. They have been doing such atrocities in Kakuma refuge camp and also in the towns like Eldoret and Nakuru.  And they're also getting some opportunities of doing the same in Australia against BOR community boys. The Twic East young groups did cause a lot of injuries and harms on Bor community young ones. Many lives lost.

They always plan conflicts to occur during marriages functions to reflect that Dinka people have bad culture of fighting themselves always for marriage issues. The Twic people planned such chaotic situations to happen back in the country and also in abroad to terrorize the Bor community young ones in order to instill the fear in them.

TWIC East group doesn't also have a fear in this country since some of the officers for National Intelligence Services are working with them.  They have made me to be subject of a jokes to refugees in the camp. I am overwhelmed with embarrassment. I carry a lot of insults in my heart and there's no authority in Kakuma refuge camp to help me from this terrifying situation. The people always abuse me from behind whenever I am passing by in the camp. And I took the matter several times to the police station to record down the report, but the police officers refused and they can only ask me to go to the DCI office for a solution. But the DCI is not working on my problem.

My life was further threatened by those members of the National Intelligence Service by trying to interrupt my refugee resettlement process to USA as you could find the attached fake rejection document with the US government letter head. I received the document in 2019 in Kakuma Camp through UNHCR offices. The enemy is using every avenue of destruction against me to be sure am no more. Since the threats has been on against my life for 17 years since 2003.

The major concerns are as follows:

1. Security threats to life arising from frequent harassments over the years. This has caused me a lot of trauma and the fear to lose my life when strangers started appearing in my residence at the university.

2. The issue started in 2003 with my studies at the university. I received a low mark in two units during my studies program at Daystar university in Nairobi but when I was trying to follow up the remarking process, the news for discontinuation from studies against me were already speculating around in the campus.
I consulted with the university registrar and she confirmed it true.

So I made an appeal against the discontinuation to the office of the Vice chancellor because the student was not to be discontinued even though he/she continues to perform poorly but a student is required to redo the unit that he/she failed but should have to pay an extra fees or a student may decide by himself/herself to discontinue from studies. So with that reason I was reinstated and continued with my studies.

3. In the year 2004, the illegal and coordinated stealing of my documents that's alien identity card, school identity Card, ATMs and UNHCR travel documents at the university. So the threatening situation forced me to move to Uganda in April 2004 in trying to find a free environment for studies but all was in veined.

The threats of being followed up by strangers was spilled over to Uganda. So the Sponsors (Gadsden Fund in USA) had to stopped their sponsorship because they realized that am no longer secured to continue with my studies.

4. Security agents further influenced some officers in Lutheran World Federation ( LWF) to removed me from teaching job when I was a headteacher of refuge primary school (HORSEED school in Kakuma two) in January 2010. The LWF surprised me with a letter of demotion and then replaced me with one of The Twic East member (Awan Ajang) as new headteacher of the school. I was not warned of the problem that the organization is against in the first place. So I left the teaching.
Again in 2017, I was removed from an interpretation incentive job when I was working for UNHCR in the camp.

In addition, the security agents have further subjected me into a complete lack of freedom in terms of what to do for myself, frustration, expression and also into desperation because they have blocked me from getting a refuge incentive job in the camp for sustaining my life.

5. I am overwhelmed with shame because the people around are interacting with me in some suspicious ways. People are like being updated every day about my situation. Eating in a hotel is argued out in my present like it's an abomination to the community. Yes! I get my food from a hotel because I don't have a family.

One day I was passing by near a certain house, and woman in the compound shouted out, saying that heeey! Close the gate this is the time the insane people passes around. And I was the only person passing by.
In addition, someone can whisper behind me and when I turned around to hear from whoever calling me, I get no response. But there, is the group of people around.

The young boys are coordinated to wait for me on the road and start calling me old man, old man, old man, old man, old man. All the kids called out on me without fear. And when I turned to them if they wanted to talk to me, no response but only to laugh at me.

People sometimes come to my house as friends to have a chat but they can later change the conversation to marriages issues, women and failure of unmarried men. They intended to hurt my emotion.

6. In the year 2018, the new Pastor, Rev. William Buol Dhuor who was just reshuffles to be in charge of our church in the same year. Triggered the confusion together with church elders against me while the construction of the current church, Kakuma 1, Zone 2, Block 8, was in progress. I was the one leading the congregation for the church construction. I got frustrated with their unconventional complains all the times. So I decided to resign from council chair. And the remaining part of the church that I left

have not been completed to this day. Pastor William was infact sent to block the God's work that HE gave to BOR COMMUNITY PEOPLE to construct HIS Sanctuary in the refuge camp that would be a symbol of Christianity in the years to come after the refugees are no more in Kakuma.

Surprisingly, this year 2021, Pastor William Buol abruptly surrendered his Collar to the church authorities in the camp and he left the camp together with his entire family for Uganda. No one knows what happened but he might have completed his mission for Twic East community against BOR members. Because the congregation for St. Matthews Parish, 95% is mainly from Bor community.

7. I have been betrayed to everyone around such that am not trusted by people. People have been interacting with me in unfriendly manner. So I don't have even a hope of getting a chance to marry amongst my own people and am already 45years old. The age that I supposed to have a family and a kids to raise. But now my life has been reduced to nothing because of many years that I have been under the control of TWIC East members and some of their friends in the National security. So such a situation of not active or productive in life at all points against the members of BOR community is the glory to people of Twic East community.

8. The elders of Twic East always praise and celebrate themselves whenever one of them took over from one of Bor community member by either replacing him/her in a certain job position. They are further very happy if one of their members causes one/many of a Bor community people to lose something of valuable that they are depending on for living and changed to live a vulnerable life.

9. The Twic East community celebrated over me when I left my primary school position to their person and also when I resigned from the church work and the construction of church stopped.
They always teach their young ones how bad are the Bor people because they did mistreat our forefathers. So God have given us the opportunity to revenge.

But our forefathers did not do anything bad against the Twic members since they came from Bar El hazel region on the West of the River Nile and settled on that low piece of land in Bor region in the East of the Nile.

10. Although their areas are flooded sometimes, but they always get an accommodation amongst Bor people until the water receded back into River Nile. And then the entire community return back to their areas and get settle again. The same situation has happened this year 2021 and they are displaced again from their homes. But they didn't find accommodation again with BOR people because the entire Bor community has already Been displaced some years ago due to several attacks planned secretly against them and there has been no solution is forthcoming from the government of South Sudan to stop the attackers from neighboring communities.

11. Many members of Bor community are sufferings secretly everywhere across the country and also in some countries where some authorities have conspired to work with Twic East members. The entire of BOR community needs help for safety and freedom from the hands of this enemy (TWIC East community) such that the shattered Bor community is resettled back again in their indigenous homeland.

12. Although I have lost everything for my future life including my liberty in this country due to some members of National security who had been influenced by Twic East community to go against my life. I would still respect the beautiful hospitality that Kenyan citizens granted me 29 years ago when I came to this country from South Sudan as a mere refugee seeking for asylum in order to find safety for my life. I am also very thankful to people of Kenya for not allowing me to die in their country as it is wanted by my enemies (Twic East community)

I therefore appeal to Amnesty international office to quickly come to my rescue so that I may regain the lost freedom and safety of my life once again. And further grant safety and freedom to DINKA BOR COMMUNITY, the entire community is in agony of oppression to disappearance.

I would be very grateful if you save my life from this wicked community for them not to plan for my death and celebrate over me again.
I look forward to hearing from your authority soon.

Yours Sincerely,

SAMUEL BIAR PECH